**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Edward WILLIAMS, Defendant–Appellant.**

No. 01–6944.

United States Court of Appeals, Fourth Circuit.

Submitted March 18, 2003.

Decided April 18, 2003.

**104**

James Edward Williams, Appellant Pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James Edward Williams seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken to this court from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). We have independently reviewed the record and conclude that Williams has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1034, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*